KENNEDY JENNIK & MURRAY, P.C.
Thomas M. Kennedy
Susan M. Jennik
113 University Place, 7th Floor
New York, New York 10003
(212) 358-1500 (Telephone)
(212) 358-0207 (Facsimile)
Counsel for the Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.* Jointly Administered
Debtors. Chapter 11.
-------------------------------------------------------------------X
IUE-CWA,

                      Plaintiff,

                    vs.

DELPHI CORPORATION; GENERAL MOTORS
CORPORATION AND DPH HOLDINGS, INC.,

                    Defendants.
-------------------------------------------------------------------X

Case No: 05-44481
Adversary Proceeding
No. 11-02802-RDD

STIPULATION OF WITHDRAWAL WITH PREJUDICE

The undersigned parties, by and through their respective counsel, having reached a full settlement of the matters in dispute, hereby stipulate, pursuant to Federal Bankruptcy Rule 7041 and Federal Rule of Civil Procedure Rule 41, that this action is withdrawn by Plaintiff IUE-CWA with prejudice and without costs or fees to any party.

Dated: January 30, 2013
      New York, New York

                                KENNEDY, JENNIK & MURRAY, P.C.
                                Attorneys for Plaintiff IUE-CWA

By: _____
    Thomas M. Kennedy, Esq.
    Susan M. Jennik, Esq.
    113 University Place, 7th Floor
    New York, New York 10003

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant DPH HOLDINGS CORP

By: _____
    Ron Meisler, Esq.
    Louis S. Chiappetta, Esq.
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606

King & Spalding LLP
Attorney for General Motors LLC

By: _____
    Scott Davidson, Esq.
    1185 Avenue of the Americas
    New York, New York 10036

Sean Corcoran, Esq.
Attorney for Defendant DELPHI CORPORATION

By: _____
    5825 Delphi Drive, M/C 480-414-166
    Troy, Michigan 48098

2

Dated: January 30, 2013
      New York, New York

           KENNEDY, JENNIK & MURRAY, P.C.
           Attorneys for Plaintiff IUE-CWA

By: _____
    Thomas M. Kennedy, Esq.
    Susan M. Jennik, Esq.
    113 University Place, 7th Floor
    New York, New York 10003

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant DPH HOLDINGS CORP

By:_____
    Ron Meisler, Esq.
    Louis S. Chiappetta, Esq.
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606

King & Spalding LLP
Attorney for General Motors LLC

By: _____
    Scott Davidson, Esq.
    1185 Avenue of the Americas
    New York, New York 10036

Sean Corcoran, Esq.
Attorney for Defendant DELPHI CORPORATION

By:_____
    5825 Delphi Drive, M/C 480-414-166
    Troy, Michigan 48098

2

Dated: January 30, 2013
      New York, New York

    KENNEDY, JENNIK & MURRAY, P.C.
    Attorneys for Plaintiff IUE-CWA

By: _____
    Thomas M. Kennedy, Esq.
    Susan M. Jennik, Esq.
    113 University Place, 7th Floor
    New York, New York  10003

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant DPH HOLDINGS CORP

By:_____
    Ron Meisler, Esq.
    Louis S. Chiappetta, Esq.
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606

King & Spalding LLP
Attorney for General Motors LLC

By:_____
    Scott Davidson, Esq.
    1185 Avenue of the Americas
    New York, New York  10036

Sean Corcoran, Esq.
Attorney for Defendant  DELPHI CORPORATION

By:_____
    5825 Delphi Drive, M/C 480-414-166
    Troy, Michigan 48098

2